IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Marcellus Jones,
(PLAINTIFF)

VS.

John WETZEL, ET AL.
(DEFENDANT'S)

**4: CV18-2357**

FILED
WILLIAMSPORT

DEC 07 2018

PER _____
DEPUTY CLERK

INITIAL COMPLAINT

## I.  JURISDICTION & VENUE

1)  THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C §§ 1983; 1985; 1986 & 1997. TO REDRESS THE DEPRIVATION/VIOLATION UNDER COLOR OF STATE LAW RIGHTS SECURED BY CONSTITUTION OF THESE UNITED STATES THE COURT HAS JURISDICTION UNDER 28 U.S.C §§ 1331 & 1343 (a) (3) PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C §§ 2201 & 2202 THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C § 1367 PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED UNDER 28 U.S.C §§ 2284 & 2285  AND RULE # 65 OF THE FED. R. CIV.P

2)  IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT IS THE APPROPRIATE VENUE UNDER 28 U.S.C § 1391 (b)(2) BECAUSE IT IS WHERE EVENTS GIVEN RAISE TO THESE CLAIMS OCCURRED.

## II.   PLAINTIFF

3)   MARCELLUS D. "JONES", IS & WAS @ ALL TIMES MENTIONED HEREIN A PRISONER OF PENNSYLVANIA STATE IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS.

## III.   DEFENDANTS

4)   DEFENDANT/TORT FEASOR: JOHN "WETZEL" IS & WAS @ ALL TIMES MENTIONED THE SECRETARY OF THE Pa D.O.C;

5)   DEFENDANT/TORT FEASOR: SHIRLEY "SMEAL" IS & WAS THE EXECUTIVE SECRETARY OF THE PaD.O.C;

6)   DEFENDANT/TORT FEASOR: MICHEAL "WENEROWICZ" IS & WAS THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C;

7)   DEFENDANT TORT FEASOR: DORINA "VARNER" IS & WAS THE CHIEF GRIEVANCE OFFICER WITHIN THE PA D.O.C;

8)   DEFENDANT TORT FEASOR: JAMES "BARNACLE" IS & WAS THE DIRECTOR OF OFFICE OF SPECIAL INTERNAL INVESTIGATIONS "O.S.I.I";

9)   DEFENDANT TORT FEASOR: JENNIFER "PAULING" IS & WAS AN ASSISTANT TO THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C;

10)   DEFENDANT TORT FEASOR: SCOTT "MILLER" IS & WAS AN ASSISTANT TO THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C;

11) Defendant\Tort Feasor: "Del Bilso" (?), is the Warden\Superintendant @ The State Correctional Institution @ Mahanoy "S·C·1-M" & she is Responsible for the Management, Oversight, Operation & Administration of S·C·1-M,

12) Defendant\Tort Feasor: John "Kerestes," was @ Times Mentioned The Warden\Superintendant @ S·C·1-M,

13) Defendant\Tort Feasor: Jane "Hinman," is & was the Assistant to the Warden\Superintendant of S·C·1-M,

14) Defendant\Tort Feasor: Hugh "Beggs," was @ Times Mentioned The Deputy Superintendant of Facility Management @ S·C·1-M,

15) Defendant/Tort Feasor: Micheal "Juksta", is & was @ Times Mentioned The Deputy Superintendant of Centralized Services @ S·C·1-M,

16) Defendant\Tort Feasor: Jeanne "McKnight," is & was the S·C·1-M Correctional Program Manager,

17) Defendant/Tort Feasor: Micheal "Gilmore", is & was A Level-5 (Five) Corrections Officer (Major) @ S·C·1-M,

18) Defendant\Tort Feasor: "Gavin", is & was A Level-5 (Five) Correctians Officer (Major) @ S·C·1-M

19) Defendant\Tort Feasor: "Clark", is & was A Level-4 (Four) Corrections Officer (Captain) @ S·C·1-M,

20) DEFENDANT TORTFEASOR: "HOFFMAN" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

21) DEFENDANT TORTFEASOR: "EVAN" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

22) DEFENDANT TORTFEASOR: "DUNKLE" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

23) DEFENDANT TORTFEASOR: "LENCOVICH" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

24) DEFENDANT TORTFEASOR: "KMIECHUK(?)" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

25) DEFENDANT TORTFEASOR: "SORBER" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

26) DEFENDANT TORT FEASOR: "PITSCAVAGE" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

27) DEFENDANT TORTFEASOR: "VACKEL" IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M.,

28) DEFENDANT TORT FEASOR: "JON DOE" IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M HIS DUTY WAS &/OR IS TO ESCORT PRISONERS ON THE 10PM-6AM SHIFT FROM THE RESTRICTED HOUSING UNIT "R.H.U." TO THE S.C.I-III PROPERTY RECEIVING ROOM AREA FOR TRANSFERS OUT OF S.C.I-M.,

29) DEFENDANT \ TORT FEASOR: CHRIS "JONES", IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

30) DEFENDANT \ TORT FEASOR: "PERRINE"(?) IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

31) DEFENDANT \ TORT FEASOR: "JANKUSKI" IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

32) DEFENDANT \ TORT FEASOR: ", WALL" IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

33) DEFENDANT \ TORT FEASOR: "WIDNER (?)", IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

34) DEFENDANT \ TORT FEASOR: ", JEFFISON", IS & WAS A LEVEL-2 (two) CORRECTIONS OFFICER (SERGEANT) @ S.C.I-M,

35) DEFENDANT \ TORT FEASOR: "BORNELY" IS & WAS A LEVEL-2 (two) CORRECTIONS OFFICER (SERGEANT) @ S.C.I-M,

36) DEFENDANT \ TORT FEASOR: ", TERRES" IS & WAS A LEVEL-2 (two) CORRECTIONS OFFICER (SERGEANT) @ S.C.I-M,

37) DEFENDANT \ TORT FEASOR: JOSEPH "RUOFS", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

38) DEFENDANT \ TORT FEASOR: JAMES "MURPHY", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

39) DEFENDANT \ TORT FEASOR: SEAN "PETERS", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

40) DEFENDANT TORT FEASOR: PAUL "PETERS" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

41) DEFENDANT TORT FEASOR: DANIEL "BRZOZOWSKI" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

42) DEFENDANT TORT FEASOR: ROGER "WALTERS" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

43) DEFENDANT TORT FEASOR: BLAIR "DEFIBAUGH" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

44) DEFENDANT TORT FEASOR: "MAUSTELLER" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

45) DEFENDANT TORT FEASOR: "NAVARTIL (?)" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

46) DEFENDANT TORT FEASOR: "HORNING" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

47) DEFENDANT TORT FEASOR: "PARKER" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

48) DEFENDANT TORT FEASOR: "CRAWFORD" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

49) DEFENDANT TORT FEASOR: "RAHUS" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M;

50) DEFENDANT \ TORT FEASOR: "LONG", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

51) DEFENDANT \ TORT FEASOR: "HEIMBACH" IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

52) DEFENDANT \ TORT FEASOR: "GVERINSKI", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

53) DEFENDANT \ TORT FEASOR: "GORDON", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

54) DEFENDANT \ TORT FEASOR: "BAKER", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

55) DEFENDANT \ TORT FEASOR: "M'DONNELL", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

56) DEFENDANT \ TORT FEASOR: "HARSCHANGE", IS & WAS A NURSE @ S.C.I-M,

57) DEFENDANT \ TORT FEASOR: Sgt/Lt. "BANKS", IS & WAS A LEVEL-3 (three) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

58) DEFENDANT \ TORT FEASOR: XaVIS "MAINS", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ THE SMITE CORRECTIONAL INSTITUTE @ FRACKVILLE "S.C.I-FRA",

59) DEFENDANT \ TORT FEASOR: "JON DOE-2", IS & WAS A LEVEL-1 (one) CORRECTIONS OFFICER (C.O-1) @ S.C.I-FRA,

60) Defendant Tort Feasor: "Jon Doe - 3" is & was a Level - 1 (one) Corrections officer (C.O-1) @ S.C.I - Frak.

61) Each Defendant is being sued in their individual & official capacities @ all times mentioned in this complaint @ all times relevant each defendant tort feasor acted under color of state law.

## IV.   COMPLAINT

62) __ Marcellus do "Jones" hereby complains against defendants tort feasors captioned above.

### ✳  ✳  ✳  ✳  N O T I C E  ✳  ✳  ✳  ✳

63) **ALL** Defendants tort feasors mentioned foregoingly @ paragraphs #4-60 meet any & all set criteria & definitions of <u>Tort Feasors \ Local Agencies</u> in accordance with the <u>Pennsylvania Political Subdivision Tort Claims Act</u> <u>42 Pa C.S.A § 8501 et seq.</u> • Moreover the defendants are liable under <u>Pennsylvania Rules of Civil Procedure #1007</u> .

Mr. Jones avers against the foregoingly mentioned defendants tort feasors that claims of "Willful Misconduct" pursuant to <u>42 Pa C.S.A § 85 50</u> are being filed against each defendant tort feasor in their "<u>Individual Capacities</u>" thru-out this complaint as a result none of these defendants tort feasors are eligible to receive any immunities under the <u>Pennsylvania Political Subdivision</u> <u>Tort Claims Act</u> because Mr. Jones asserts in this complaint that each defendant tort feasor was motivated by <u>**ACTUAL MALICE**</u> & <u>**WILLFUL MISCONDUCT**</u> & that such tort feasor's actions was taken in order to & bring about the results & injuries desired by tort feasors (intentional torts) & (conversion torts) that followed: <u>see</u> : <u>42 Pa C.S.A §§ 86 45 -85 50</u> Cornell companies vs. <u>Bureau of New Morgan</u> 512 F Supp 238 2007 US Dist. Lexis 39646 & <u>Palmer vs.</u> <u>Bartosh</u> 959 A 2d 508 .

(m) MOREOVER MR. JONES ALSO AVERS THAT DURING THE INCIDENTS IN WHICH THE TORT FEASORS (DEFENDANTS) COMMITTED __WILLFUL MISCONDUCT__ AGAINST MR. JONES EACH DEFENDANT/TORT FEASOR WAS ACTING __OUTSIDE OF THE OFFICE OR DUTIES OF THE EMPLOYER__ WHILE VIOLATING ... IN SO ACTING UNDER COLOR OF LAW & DEPARTMENT OF CORRECTIONS POLICY THEREFORE ANY LEGAL ASSISTANCE PROVIDED TO THESE TORT FEASORS BY THEIR RESPECTIVE EMPLOYING AGENCIES IS A __STATUTORY VIOLATION__ UNDER THE PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT @ 42 Pa. C.S. § 8547 "ILLEGAL ASSISTANCE" & MAY GIVE RISE TO FUTURE CLAIMS PUNISHABLE BY LAW.

* * * * JUDICIAL NOTICE (EQUITABLE TOLLING) * * * *

(n) IN ACCORDANCE WITH THE ATTACHED CASE LAW __ROSS vs. LOSANO__ 7th F.3d 784; __Jaghosis' Superintendent of Laurel Highlands__ 705 F3d 80 & PABON MAHANOY 645 F3d 385 AS THESE CASES ESTABLISH __STARE DECISIS__ REGARDING THE FACT OF MR. JONES' __EXTRAORDINARY CIRCUMSTANCES__ WHERE HE IS BEING CONFRONTED WITH CAMPAIGNS OF FRUSTRATION/RETALIATION/DISSUASION/TERROR WHEN HE TRIES(ED) TO BRING THIS COMPLAINT BEFORE THE COURT.

(o) MR. JONES NOW ASKS THE COURT TO APPLY THE DICTUM INVOLVED IN THE ABOVE CASES WHERE 2(TWO) PRONGS HAVE TO BE MET IN ORDER FOR EQUITABLE TOLLING TO BE GUARANTEED: 1) __DUE DILIGENCE__: MR. JONES FILINGS BEFORE THIS THE COURT IN CASES # 4:13-CV-... 3:15-CV-0130 & * 4:16-CV-2588 SHOW DUE DILIGENCE ON THE PART OF MR. JONES. &

2) __EXTRAORDINARY CIRCUMSTANCES__: AS STATED ABOVE THE SUFFERAGE THAT MR. JONES HAS/HAD IS SUBJECTED TO HAS QUALIFIED HIM FOR A GRANT OF EQUITABLE TOLLING IN THIS CASE WHERE HE HAS/IS HAS HAD FIRST OPPORTUNITY TO

* MR. JONES SUBMITTED ALL OF THE FACTS FOR CONSIDERATION IN THIS COMPLAINT PREVIOUSLY IN CASE # 3:15-CV-1130

9 of 24

ACCESS THE COURTS FREELY REGARDING THE FACTS OF THIS COMPLAINT

# V. BACKGROUND

67) CURRENTLY IN PLACE THRU-OUT THE ENTIRE Pa D.O.C - EVERY STATE CORRECTIONAL FACILITY - IS ADMINISTRATIVE DIRECTIVE DC ADM 815 AUTHORIZED &/OR APPROVED BY Pa D.O.C ADMINS JOHN WETZEL SHIRLEY SMEAL DORINA VARNER & MICHEAL WENEROWICZ.

68)   ALTHOUGH THIS RULE - DC ADM 815 - STATE'S IN PERTINENT PART THAT 24 HOURS PRIOR TO LEAVING ONE PRISON FOR TEMPORARY TRANSFER TO ANOTHER PRISON TO APPEAR @ COURT PRISONERS ARE TO BE **NOTIFIED** & HAVE THEIR LEGAL &/ PERSONAL PROPERTY INVENTORIED **IN THEIR PRESENCE** & HAVE A DC-153 PROPERTY INVENTORY RECEIPT FILLED OUT & SIGNED BY THE PRISONER BEING TRANSFERED   HOWEVER AS A **DOUBLE TALK \ FORK TONGUED** TACTIC WETZEL MAKES THE ABOVE POLICY AVAILABLE **ONLY TO GENERAL POPULATION PRISONERS** WHILE THERE'S NO POLICY THAT GOVERNS PROCEDURES FOR PRISONERS WHO ARE **HOUSED IN SOLITARY CONFINEMENT** - WHICH MR. JONES IS - & ARE SHEDULED FOR COURT

\*   \*   \*   \*   N O T I C E   \*   \*   \*   \*

69)   DUE TO THE ABOVE MENTIONED POLICY PRISONERS HAVE TO FEND FOR THEMSELVES WHEN THEIR SCHEDULED FOR COURT APPEARANCES

70) THEREFORE THRU BLINDED-EYES & **GROSS \ MALICIOUS DELIBERATE INDIFFERENCE** WETZEL SMEAL VARNER & WENEROWICZ HAVE ENABLED CONDONED AUTHORIZED SANCTIONED PRISON STAFF THRU-OUT THE Pa D.O.C TO VIOLATE PRISONERS CONSTITUTIONAL RIGHTS BY **UNJUSTLY / ARBITRARILY** DESTROYING STEALING OR OTHERWISE DEPRIVING PRISONERS OF THEIR **LEGAL /** PERSONAL PROPERTY MR. JONES HAS FILED OVER **10 (TEN) NOTIFICATION LETTERS & 20 (TWENTY) Pa D.O.C. INTERNAL GRIEVANCES** TO WETZEL, SMEAL, KING / MILLER, VARNER & WENEROWICZ. THEREFORE THEY ALL WERE **FULLY AWARE** THAT MR. JONES WAS BEING ABUSED. YET, SAT IDLY BY DOING NOTHING TO STOP THE ABUSE HOWEVER IT WAS ONLY AFTER MR. JONES TOOK **EXTREME MEASURES** ON MAR. 28, 2016 WITHIN THEE SCHUYLKILL COUNTY CRIMINAL COURTS THAT ANY ACTIONS WERE TAKEN.

## ✱ ✱ VI. ✱ ✱ FACTS - SMEAL ✱ ✱ ✱

71)   ON NOV 11 2017 DEFENDANTS\JAIL TRAINEES WESLEY, SMEAL, KIRBY, MILLER, HICKSTER, BEGGS, WURSTER MCKNIGHT, DANMORE, WESKRONICZ & BUTTS ALL MADE ROUNDS\TOURED THE R.H.U @ S.C.I-M' DURING THIS TOUR BY-&-DOC & S.C.I-M ADMIN' MR. JONES SPOKE VERBALLY - FACE TO FACE - WITH SMEAL & HE INFORMED\REPORTED\NOTIFIED HER IMMEDIATELY THAT S.C.I-M'S STAFF WAS SUBJECTING HIM TO A <u>CAMPAIGN OF RETALIATION</u> IN ORDER TO SABOTAGE\DETER HE PRO SE LITIGATION EFFECTS.

72)      AS SMEAL - WHO WAS ACCOMPANIED NOW BY BUTTS @ THIS TIME - STOOD @ MR. JONES' CELL DOOR MR. JONES GAVE SMEAL 4 (FOUR) GRIEVANCE COMPLAINTS THAT HE FILED AGAINST THE S.C.I-M ADMIN' STAFF FOR THEIR USAGE OF A <u>CAMPAIGN OF RETALIATION</u>. ALSO MR. JONES STATED\GAVE SMEAL HAS-BEEN DECLARATIONS FROM PRISONER EYEWITNESSES AS WELL AS TELLING SMEAL THE <u>EXACT TIMES & DATES</u> THAT RETALIATIONS & ABUSES WERE REVIEWABLE ON S.C.I-M'S <u>CCTV SYSTEM</u>. NEITHER SMEAL NOR ANY OF HER COLLEAGUES <u>DID ANYTHING</u> TO REMEDY MR. JONES' COMPLAINTS. MOREOVER IMMEDIATELY UPON SMEAL LEAVING BUTTS MADE A BEE-LINE STRAIGHT BACK TO MR. JONES' CELL & SAID " YOU'RE A LITTLE NIGGER SNITCH THAT'S WHY NO MATTER WHO YOU CRY TO NO ONE'S GONNA STOP ME FROM DOING WHAT I WANT TO YOU".

73)      THIS EPISODE BETWEEN SMEAL BUTTS & MR. JONES OCCURRED JUST DAYS AFTER THE S.C.I-M PROGRAM REVIEW COMMITTEE "P.R.C" MEMBERS - i.e. BEGGS VU, MCKNIGHT & BUTTS DID A TOUR\ROUNDS IN THE R.H.U & BEGAN TO VOICE THEIR INTENTIONS TO CONTINUE TO RETALIATE AGAINST MR. JONES.

\*   \*   \*   **VII.** FACTS ROGER MAINS JONDOE-2 JONDOE-3   \*   \*   \*

74) ON APRIL 10, 2014 AS MR. JONES WAS BEING STRIPPED SEARCHED BY TRANSPORTATION C.O.'S MAINS & JON DOE-2  MAINS ASKED TO TAKE MR. JONES ASTHMA INHALERS FROM HIM MR. JONES IMMEDIATELY ASKED TO SPEAK TO A LIEUTENANT LIEUTENANT MCELWAIN ADDRESSED THE SITUATION & INFORMED MAINS THAT PaDOC POLICY ALLOWS PRISONERS TO CARRY THEIR ASTHMA INHALERS ON TRANSPORT VEHICLES WHEN BEING TRANSFERED FROM ONE PRISON TO ANOTHER.

75) ONCE MR. JONES WAS COMPLETELY THOROUGHLY SEARCHED THEN FULLY SECURED IN HANDCUFFS BLACK-BOX A WAIST CHAIN & SHACKLES HE WAS SEATED IN THE TRANSPORT AS MAINS & JON DOE-2 DROVE THE VAN INTO THE SALLY PORT AREA WHERE THEIR WEAPONS WERE STORED AFTER MAINS & JON DOE-2 RETREIVED THEIR WEAPONS MAINS POINTED HIS **SHOTGUN @ MR. JONES** MAINS STATED "YOU'LL BE THE LATEST CRYBABY - SNITCH I'VE SHOT WITH A SHOTGUN".

76) ON APR. 30, 2015, MR. JONES WAS ESCORTED TO THE S.C.I-M PROPERTY ROOM AREA WITH 2 (TWO) BOXES OF PROPERTY TO BE TRANSFERED WITH HIM FOR COURT <u>NO S.C.I-M STAFF INVENTORIED\RECORDED MR. JONES LEGAL PROPERTY IN ACCORDANCE WITH PaD.O.C POLICY</u> BEFORE MR. JONES WAS TRANSFERED TO ANOTHER PRISON FOR COURT.

77) WHEN MR. JONES ARRIVED IN THE S.C.I-M PROPERTY AREA C.O'S (ROGER) WATERS MAINS & JONDOE-3 DENIED MR. JONES' <u>REPEATED REQUESTS</u> TO HAVE HIS LEGAL PROPERTY INVENTORIED & RECORDED ON A DC-153 FORM MR. JONES WAS TOLD BY WATERS THAT " WE DON'T CARE HOW MANY LAWSUITS YOU FILE JUDGES AINT IN CONTROL WE ARE" & MAINS SAID " YOU'LL NEVER SEE ANY OF THIS SHIT AGAIN CAUSE WE'RE NOT INVENTORING NOTHING' & JONDOE-3 SAID " YOU CAN FILE WHATEVER SNITCH PAPERWORK YOU WANT TO THERE'S NO CAMERAS HERE SO WHO'S GONNA BELIEVE YOU " e

78) WHEN MR. JONES ARRIVED @ S.C.I-SMITHFIELD HE IMMEDIATELY TOLD THEIR PROPERTY DEPARTMENT STAFF THAT HIS PROPERTY WAS MISSING & THE S.C.I-SMITHFIELD STAFF MADE NOTATIONS & SIGNED PROPERTY INVENTORY SLIP - I.E. DC-153 (FORM) - # 770699 MR. JONES NEVER SAW HIS MISSING PETITIONS RESEARCH MATERIALS & OTHER DOCUMENTS AGAIN.

* * * **IX.** **VIII.** FACTS - LENCOVICH, BUTTS, NWARTIL, DUDEK, MURPHY & CRAWFORD * * *

79) ON APR. 22, 2015, AFTER BUTTS ORDERED C.O.'S MURPHY, CRAWFORD, NWARTIL & DUDEK TO SMASH MR. JONES' HAND IN THE FOOD SLOT BUTTS BEGAN TO TWIST, BEND & TRY BREAK MR. JONES' HAND AFTER MR. JONES WAS PLACED IN THE MEDICAL TRIAGE AREA FOR MEDICAL STAFF TO EXAMINE HIS HAND. AFTER MR. JONES BEGAN TO YELL OUT IN PAIN WITH NO STAFF PRESENT - I.E. DOES LENCOVICH, NWARTIL, CRAWFORD NOR MURPHY - DOING ANYTHING TO STOP MR. BUTTS ONLY RETARDED MR. JONES ONCE MR. JONES RESORTED TO EXTREME MEASURES BUTTS THEN EXITED THE R.H.U'S MEDICAL EXAM ROOM THEN BUTTS & C.O.'S LENCOVICH ORDERED C.O.'S NWARTIL, DUDEK FASHION & VALENTINE TO DESTROY MR. JONES' LEGAL & PERSONAL PROPERTY THAT REMAINED IN HIS CELL WHILE HE WAS IN THE MEDICAL EXAMINATION / TRIAGE AREA.

* * * **IX.** FACTS - DUNKLE, CRAWFORD & RAKUS * * *

80) ON JULY 8, 2014, MR. JONES WAS TOLD THAT HE WAS SCHEDULED TO BE TRANSFERED FROM S.C.I-M TO S.C.I-SMITHFIELD FOR COURT. BECAUSE OF THE ABRUPT & SUDDEN WAY THAT S.C.I-M STAFF NOTIFIED MR. JONES OF HIS SCHEDULED COURT TRANSPORTS MR. JONES HAD NO WAY TO GATHER / PACK-UP / PREPARE HIS LEGAL MATERIAL. WHEN DEFENDANTS / TORT FEASORS DUNKLE CRAWFORD & RAKUS TOLD HIM HE WAS LEAVING S.C.I-M FOR A WRIT MR. JONES IMMEDIATELY BEGIN TO ASK FOR / INQUIRE ABOUT / REQUEST HIS LEGAL DOCUMENTS @ THIS POINT DUNKLE REPLIED "WE'RE NOT GETTING SHIT FOR YOU SO WHEN YOU GET TO COURT TELL IT TO THE JUDGE BECAUSE I DON'T GIVE A FUCK ABOUT YOUR COURT HEARING!"

81) @ NO TIME WAS MR. JONES GIVEN ACCESS TO HIS PROPERTY & ON JULY 12, 2014 MR. JONES' SCHEDULED HEARING WAS POSTPONED / REFUSED DUE TO HIM NOT HAVING ACCESS TO THE NECESSARY LEGAL MATERIALS.

\* \* \* \* X. FACTS – BUTTS BEGGS VUKSTA & McKNIGHT \* \* \* \*

82) ON NOV. 19, 2014 MR. JONES WAS IN HIS CELL WHEN S.C.I-M'S P.R.C – 1.e' BUTTS, BEGGS, VUKSTA & McKNIGHT – MADE THEIR TWICE WEEKLY TOUR OF THE HOUSING UNIT AS THEY STOOD @ HIS CELL THESE P.R.C MEMBERS REPEATEDLY INFORMED MR. JONES THAT THEY WOULD TAKE MEASURES TO **SABOTAGE** MR. JONES' ONGOING COURT CASES.

83) BEGGS SAID "WE'RE GONNA MAKE SURE THEY FRY YOU IN COURT";

84) VUKSTA SAID "ONCE WE'RE DONE WITH YOU YOU'RE GONNA GO DOWN LIKE THE 'EAGLES DID';

85) McKNIGHT SAID "WE'LL MAKE SURE THEY HANG YOU FOR KILLING THAT GUY & GUARANTEE YOU DON'T TAKE ANYMORE 1-PODS"  &

86) BUTTS SAID "WE'RE INCHARGE HERE & NIGGER PRINCESS! LIKE YOU HAVE TO LEARN THE HARD WAY NO MATTER WHO YOU CRY-TO WE'LL KEEP DOING WHATEVER WE WANT".

\* \* XI. FACTS –VARNER DAMORE GUZENSKI HORNING YOUNG & LONG \* \* \*

87) ON JUNE 25, 2015 AFTER FILING PA D.O.C INTERNAL GRIEVANCE # 548 389 INSTEAD OF ADDRESSING MR. JONES' GRIEVANCE COMPLAINT BY ORDERING S.C.I-M TO PROVIDE THE RELIEF MR. JONES' REQUESTED CHF. GRVNC. OFFCR VARNER ENTERED INTO A CONSPIRACY WITH S.C.I-M ADMINISTRATORS.

88) VARNER REMANDED GRIEV # 548 389 TO HAVE S.C.I-III'S MAJOR DAMORE ISSUE A **PRE-APPROVED** REMAND RESPONSE TO GRIEV. # 548 389 THE DAMORE ORDERED C.O'S GUZENSKI, YOUNG, HORNING & LONG TO "RE-INVENTORY" MR. JONES' PROPERTY UNDER VARNER'S SCHEME & RECORD PROPERTY ITEMS ON PROPERTY INVENTORY RECEIPT # B-233161 THAT NEVER BELONGED TO MR. JONES.

89) On June 23, 2015 Damore can be seen on S.C.I-M's CCTV Footage showing Mr. Jones a response to Remanded Grv: # 598351 that was already signed/pre-approved by Warner allowing the S.C.I-M again to refuse Mr. Jones' request for relief.

\*   \*   \*   FACTS — WENEROWICZ, BEGGS, BISCOE, VALENTINE, NAVARTIL   \*   +   \*
XIII.   MURPHY, POLASICH()

90) On Dec 23, 2015, Lt. Biscoe & C/O's Smith, Flannery & Murphy escorted Mr. Jones to the medical triage room for X-rays & while Mr. Jones was being X-rayed Biscoe ordered C/O's Valentine, Pushion & Crawford to trash Mr. Jones' legal documents when Mr. Jones returned to his cell he saw a TRAIL OF LEGAL MAILINGS & other items discarded on the floor outside his cell these events were recorded for posterity on audio/visual video cam.

91) On Jan. 8, 2016, Mr. Jones' cell was searched again by Trometter, Navartil & 3 (three) other C.E.R.T TEAM MEMBERS on handheld audio/video camera. Despite the presence of said camera these staff again threw Mr. Jones' evidentiary materials & notations into the trash.

92) On Jan. 14, 2016, Mr. Jones left S.C.I-M to appear in Schuylkill County Court for a hearing immediately upon Mr. Jones' exit from his cell C/O's Polasich, Valentine & (two) other S.C.I-M staff can be seen on S.C.I-M CCTV Footage entering Mr. Jones' cell — YET AGAIN — under direct orders from Beggs when Mr. Jones returned from Schuylkill County Court on Jan. 26 2016 ALL OF HIS LEGAL FILINGS THAT WERE FILED UP TO THAT POINT — in Case # 4 BCV 1900 — were STOLEN/DESTROYED BY on Jan 28 2016 when he made rounds/toured the housing unit Beggs took credit for the theft/destruction of Mr. Jones' legal/personal property Beggs told Mr. Jones that "I had my guys go in there while you were @ Court & get rid of that bullshit paperwork you keep filing".

15 of 24

# * * * * FACTUAL NOTICE * * * *

93) ON JAN 8, 2016 @ 1:10-20 P.M. S.C.I.-M CCTV FOOTAGE WILL SHOW DEFENDANT \ TORT FEASOR WENEROWICZ STANDING @ MR. JONES' CELL AS MR. JONES TOLD WENEROWICZ ABOUT THE ONGOING CAMPAIGNS OF RETALIATION & ABUSE & THE LEGAL \ PERSONAL PROPERTY THEFT \ DESTRUCTION THAT JUST OCCURRED A FEW MINUTES EARLIER. WENEROWICZ REFUSED TO TAKE ANY ACTION TO STOP S.C.I-M'S ABUSE \ RETALIATIONS AGAINST MR. JONES.

# * * * XIII. * FACTS HINMAN, BUTTS, PARKER & HOFFMAN * * *

94) ON APR 13 2015 AFTER MR. JONES SUBMITTED DOCUMENTS TO BE COPIED ACCORDING TO THE ROUTINE S.C.I.-M PROCEDURES C.O. PARKER CAN BE SEEN S.C.I.-M CCTV FOOTAGE SIGNING & STAPLING A RADIO.C FORM # DC-138 A TO MR. JONES' LEGAL DOCUMENTS IN ORDER TO PAY THE COST FOR COPIES AFTER THE DC-138 "CASH SLIP" WAS SIGNED & ATTACHED TO MR. JONES' LEGAL DOCUMENTS S.C.I.-M'S ASSISTANT SUPERINTENDANT HINMAN COLLECTED THESE DOCUMENTS FROM THE HOUSING UNIT'S MAIL BOX THEN SHE PLACED THEM IN THE UNSECURED MAIL BAG THAT SHE USES TO CARRY THE OUTGOING PRISONER MAIL FROM THE HOUSING UNIT'S MAIL BOXES.

95) AFTER HINMAN COLLECTED MR. JONES' LEGAL DOCUMENTS HINMAN EXITED THE H-BLOCK HOUSING UNIT THEN SHE CAN BE SEEN ON S.C.I.-M CCTV FOOTAGE ALLOWING C.O'S PARKER & HOFFMAN TO SEEK-OUT / SEARCH THRU / ZERO IN ON THE UNSECURED MAIL BAG SHE CARRIED & LETTING PARKER & HOFFMAN TARGET \ STEAL \ TAKE OR DESTROY MR. JONES' LEGAL DOCUMENTS ONCE PARKER & HOFFMAN STOLE MR. JONES' LEGAL DOCUMENTS FROM HINMAN'S MAILBAG PARKER & HOFFMAN CAN BE SEEN ON S.C.I-M CCTV FOOTAGE TAKING MR. JONES' LEGAL DOCUMENTS INTO BUTTS WHO WAS WAITING FOR THEM IN HIS OFFICE TO DISPOSE OF MR. JONES' LEGAL WORK.

# * * * * FACTUAL NOTICE * * *

96) THE LEGAL ITEMS THAT WERE STOLEN CONSISTED OF EYEWITNESS DECLARATIONS FROM : LARRIS WILSON, JAMIEL JOHNSON, MICHEAL REEVES & DAVID BROWN AS WELL AS PETITIONS FOR PRISONER WITNESS' PAST DC-138 CASH SLIPS FORMS \ RECEIPTS & TRANSCRIPTS FROM A DEPOSITION HELD ON FEB. 26, 2013 - INTER ALIA - NONE OF THESE DOCUMENTS WERE EVER SEEN BY MR. JONES AGAIN AFTER THEY WERE TAKEN INTO BUTTS' OFFICE.

97) WHILE BEING HELP IN THIS TORTUROUS HOUSING UNIT MR. JONES WAS DENIED\DEPRIVED OF PROPER NUTRITION BY THESE S.C.I-M STAFF AS HE WAS GIVEN COLD MEALS EVERYDAY ALLDAY WHICH WERE 2(TWO) SLICES OF CHEESE 2(TWO) SLICES OF BREAD AN ORANGE (FONE) & A MILK & A PEANUT BUTTER & JELLY SANDWICH IN THE EVENING FOR MALICIOUS TORTUROUS ABUSIVE.

98)   WHILE HOUSED IN THESE SPECIFIC TORTURE CELLS DEFENDANT TORT FEASORS: KERESTES, BEGGS, VUKSTA, MCKNIGHT, STEINHART, RAWN & WALTERS KEEP MULTIPLE ULTRA\EXTRA BRIGHT LIGHTS ON 24 HOURS A DAY 7 DAYS A WEEK WHICH IS UNIVERSALLY RECOGNIZED AS LIGHT BOARDING TORTURE MR. JONES WAS NEVER GIVEN ANY RELIEF FROM SUCH TORTURE WHILE CONFINED IN THESE CELLS.

* * * *          * * * *

## XIV.  FACTS   HESSE

99)    ON MAY 22, 2014 MR. JONES SENT AN ABUNDANCE OF EYEWITNESS DECLARATIONS FALSIFIED PA JUDIC FORMS & OTHER DOCUMENTARY EVIDENCE TO S.C.I-M LIBRARIAN HESSE TO HAVE THESE ITEMS COPIED AS EXHIBITS IN VARIOUS LEGAL MATTERS REGARDING MR. JONES THERE WERE 15(FIFTEEN) PAGES WHEN MR. JONES FILED HIS DOCUMENTS TO BE COPIED MR. JONES' DOCUMENTS NOR COPIES WERE EVER RETURNED HOWEVER HE RECEIVED A REPLY ADDED-ON TO THE REQUEST FORM THAT WAS ATTACHED TO DOCUMENTS HE NEEDED TO BE COPIED THRU-OUT THE REST OF THE MONTH OF MAY & THE ENTIRE MONTH OF JUNE MR. JONES TRIED TO AVAIL HIMSELF & HAVE HIS DOCUMENTS RETURNED ON MAY 31, 2014 HESSE REPLIED TO MR. JONES' REQUEST OF MAY 22, 2014 STATING THAT ALL OF MR. JONES' DOCUMENTS WERE ALREADY RETURNED TO HIM EVEN THOUGH MR. JONES WAS HOUSED @ S.C.I-SMITH ON THE DATE THAT HESSE CLAIMS THE DOCUMENTS WERE "RETURNED" TO HIM MR. JONES CONTINUED TO COMPLAIN & FILE GRIEVANCES TO NO AVAIL.

## XV. FACTS – WETZEL; BARNACLE; SMEAL; WENEROWICZ; VARNER; VARNER; MILLER; CLARK; SORBER & MURPHY

100) MR. JONES FILED OVER 50 (FIFTY) Pa.D.O.C INTERNAL GRIEVANCES & OVER 20 (TWENTY) LETTERS COMPLAINTS \ NOTICES OF ABUSE THREATS PHYSICAL ATTACKS BY S·C·I–M STAFF: WETZEL, BARNACLE, VARNER, SMEAL, WENEROWICZ, MILLER, KING, NOR S·C·I–M STAFF: CLARK OR SORBER WOULD DO ANYTHING TO STOP THESE ABUSES & ON JUNE 20, 2015 MR. JONES WAS PUNCHED IN HIS FACE BY C·O· MURPHY WHEN HE ATTENDED EXERCISE YARD .

## XVI. FACTS – WETZEL; SMEAL; BARNACLE; WENEROWICZ; VARNER; KING; MILLER; DELBALSO; CLARK; SORBER; WALL; VALENTINE; ZENDARSKI & PINKO

101) AFTER MR. JONES SENT OVER 50 (FIFTY) Pa.D.O.C INTERNAL GRIEVANCES & OVER 20 (TWENTY) LETTERS COMPLAINTS NOTICES OF ABUSE THREAT PHYSICAL ATTACKS BY S·C·I–M STAFF: WETZEL, SMEAL, BARNACLE, WENEROWICZ, VARNER, KING, MILLER, DELBALSO, CLARK & SORBER ALLOWED: WALL, VALENTINE, PINKO & ZENDARSKI TO ATTACK MR. JONES ON JAN· 26, 2016 AS HE RETURNED FROM SCHUYLKILL COUNTY COURT.

## XVII. FACTS – KERESTES; BEGGS; VUKSTA; McKNIGHT; AHNER; STEINHART; RAWN; & WALTERS

102) ON VARIOUS DATES INCLUDING BUT NOT LIMITED TO MAR 3 2014 – TO – MAR 14 2014 JAN 16 2015 –UNTIL– JAN 24 2015 & FEB 4 2015 –UNTIL– FEB 20 2015 ON THESE DATES – INTER ALIA MR. JONES WAS CONFINED IN THE SECLUDED ISOLATED AREA OF S·C·I–M BY PSYCHOLOGY DEPARTMENT STAFF: WALTERS; RAWN & AHNER .

WHILE HOUSED IN THIS TORTUROUS HOUSING AREA MR. JONES WAS SUBJECTED TO FREEZING BLIZZARD CONDITIONS WHERE HE HAD ONLY A SMOCK & BLANKET NOTHING ELSE TO FEND OFF THE COLD BELOW–ZERO TEMPERATURES WITH A RAGING SNOW STORM \ BLIZZARD OUTSIDE & THE HOUSING UNITS HEATING SYSTEM BLOWING COLD AIR INTO THE CELL AS WELL KERESTES BEGGS VUKSTA RAWN AHNER McKNIGHT STEINHART & WALTERS WERE ALL AWARE OF THESE CONDITIONS YET DID NOTHING TO FIX THIS PROBLEM .

## XXII  FACTS - DEFIBAUGH

103) On dates including but not limited to the following: 1·11·16, 1·27·16, 1·27·16, 1·28·16, 1·29·16, 1·30·16, 1·31·16, 2·1·16, 2·6·16 & 2·8·16

On the dates mentioned foremention'd Defendant/Tortfeasor Defibaugh either 1) PHYSICALLY ATTACKED, 2) REFUSED MEALS – 1·11·16, 1·8·16, 1·10·16, 1·28·16, 1·29·16, 1·30·16 & 1·31·16, 2·1·16 & 2·6·16   & 3) SEXUALLY ABUSED Mr. Jones & even after his numerous complaints\notifications\grievances Defibaugh was given FREE REIN to WAGE A CAMPAIGN of ABUSE/TORTURE against Mr. Jones

## ✱ ✱ ✱ ✱  JUDICIAL NOTICE  ✱ ✱ ✱ ✱

104) Defendant/Tortfeasor Defibaugh was apart of a group of S.C.I.-MHA's who had Mr. Jones brought up on FALSE CRIMINAL CHARGES in Schuylkill County court which Mr. Jones was fully acquitted of in July 2016.

## XXIII.  FACTS - DUBEK

105) In Feb. 2015, S.C.I.-M's CCTV FOOTAGE will show Defendant/Tortfeasor Dubek KICK & BANG on Mr. Jones' cell door as he was sleeping this incident happened on: Feb. 20, 2015  Then on Feb. 22, 2015 S.C.I.-M CCTV FOOTAGE will show Dubek throw another prisoners boots @ 8/or into Mr. Jones cell door as Dubek yelled " whatta you gonna do about it, snitch, in your letters to central office well go read everyone's 'know's I give you a reason to file a lawsuit"

## ✱ ✱ ✱ ✱  JUDICIAL NOTICE  ✱ ✱ ✱ ✱

106) After Mr. Jones complained & filed P.A.D.O.C INTERNAL GRIEVANCE/NOTIFICATION Dubek on Feb 22, 2015 "BURNT"\DENIED FOOD to Mr. Jones then Dubek had THE STATE POLICE FALSELY ARREST Mr. Jones ON MAR. 8, 2015 ~

* XXII. LEGAL CLAIMS * * * *

MR. JONES RE-ALLEGES

* * * XXII. FACTS - BANKS; PETERS-1; PETERS-2; DEFIBAUGH; MARSCAVAGE & BRZOZOWSKI

107) ON JUNE 30 2014 AFTER MR. JONES FILED **NOTIFICATIONS/COMPLAINTS** AGAINST THE S.C.I-M STAFF DEFENDANTS TORT FEASORS: BANKS PETERS-1 PETERS-2 DEFIBAUGH & BRZOZOWSKI ESCORTED MR. JONES FROM ONE CELL TO ANOTHER WITH HIS HANDS CUFFED BEHIND HIS BACK A "LEASH" ATTACHED TO THE HANDCUFFS SHACKLES ON HIS FEET & BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI HAD TASERS ON MR. JONES AS HE WALKED THEY ALSO HAD SHOCK SHEILD, NIGHT STICKS, PEPPER GAS CANISTERS, & HELMETS & FULL "RIOT GEAR" & AS HE WAS BEING ESCORTED MR. JONES **VERBALLY** STATED HIS GRIEVANCES TO BE RECORDED.

108) ONCE MR. JONES WAS IN ANOTHER CELL: BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI TOOK EVERYTHING OUT OF THE CELL STRIPPED MR. JONES NAKED CUFFED HIS HANDS TO A BELT & SHACKLED HIS FEET AS BANKS PETERS-1 PETERS-2 DEFIBAUGH & BRZOZOWSKI WERE PUTTING A BELT & HANDCUFFS ON HIM THEY BEGAN TO CHOKE KNEE PUNCH & ELBOW MR. JONES FOR VOICING HIS COMPLAINTS AGAINST THEM

THEN TO COVER-UP THEIR ATTACK NURSE MARSCAVAGE(?) ENTERED INTO AGREEMENT WITH THEM TO FALSIFY MR. JONES' MEDICAL RECORDS & HIDE MR. JONES' INJURIES.

* * * * JUDICIAL NOTICE * * *

109) ON OCT. 2, 2014 DEFENDANTS\TORT FEASORS: BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI & MARSCAVAGE (?) HAD **FALSE\FRAUDULENT** CHARGES FILED WITH THE PENNSYLVANIA STATE POLICE AGAINST MR. JONES

& ON JULY 16, 2016 MR. JONES WAS FULLY ACQUITTED OF ALL CHARGES BY THE SCHUYLKILL COUNTY COURT.

## XVII.   FACTS – GAVIN, MAUSTELLER & BUTTS

110) ON NOV. 2, 2015 5:01-m CCTV FOOTAGE (@ 10:20 ᵃᵐ) will ___ AFTER he ___ Jones A ___ / ___ mausteller can be seen ___ said ___ REPEATEDLY ___, ___ & taunting Jones ___ ___ how he would ___ I'd have ___ gets or I'd come in ___ ___ here ___ ___ ___ ___ "you wanted a shower well go find ___ don't get showers on my watch".

111) AT ___ APPROXIMATELY ___ (1:00) ___ minutes passed DEFENDANTS/TORT-FEASORS GAVIN & BUTTS "MADE ROUNDS" on THE HOUSING UNIT @ this time ___ CCTV FOOTAGE ___ ___ GAVIN & BUTTS @ JONES' CELL DOOR as Jones told them that mausteller ___ ___ a shower & was continuously making threats against him. Gavin & Butts told him THEY would "Take care of ___

Once Gavin & Butts ___ mausteller immediately ___ ___ to Jones' cell & began to KICK ___ Jones' door as he yelled "Come & what I ___ ___ switch? kill.," & "___ ___ ___ learn not to be a switch like Jones ___

## XVIII.   LEGAL CLAIMS

MR. JONES RE-ALLEGES & INCORPORATES PARAGRAPHS #4–112

112) CLASS OF ONE Ⅱ ___ the defendants/tort-feasors mentioned ___ ___ ___ #4–112 ___ KNEW THAT THEIR ACTIONS would have ___ THEIR ILLEGAL RAMIFICATIONS ___ THESE DEFENDANTS/TORT-FEASORS TREATED JONES (@ ___ ___) IN A WAY WORSE THAN other ___ LESS DESERVING & SIMILARLY SITUATED TO JONES.

21 of 24

113) CONSPIRACY — WHEREAS THE DEFENDANTS\TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS # 4 - 112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO &/OR HAVE LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS TORT FEASORS ENTERED INTO AGREEMEN(S) WHICH CAUSED MR. JONES TO SUFFER 1ST, 5TH, 6TH, 8TH & 14TH AMENDMENT VIOLATIONS;

114) FAILURE TO INTERVENE — WHEREAS THE DEFENDANTS TORT FEASOR MENTIONED THRU-OUT PARAGRAPHS #'s 4 - 112 KNEW THAT THEIR ACTIONS WOULD HAVE &/OR AMOUNT TO LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS TORT FEASORS FAILED TO STOP VIOLATIONS OF JONES' 1ST, 5TH, 6TH, 8TH & 14TH AMENDMENT RIGHTS;

115) RETALIATION — WHEREAS THE DEFENDANTS TORT FEASORS MENTIONED THRU-OUT PARAGRAPH #'s 4 -112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO &/OR HAVE LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS TORT FEASORS USED ILLEGAL BASIS' TO TAKE ACTION AGAINST MR. JONES;

116) CRUEL & UNUSUAL PUNISHMENT — WHEREAS THE DEFENDANTS TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #'S 4-112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO &/OR HAVE LEGAL RAMIFICATIONS WHEN THEY SUBJECTED MR. JONES TO DELIBERATE INDIFFERENCE MALICIOUS INHUMANE TREATMENT;

117) DENIAL OF ACCESS TO COURT — WHEREAS THE DEFENDANTS TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #'s 4 -112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS CONSEQUENCES WHEN THESE DEFENDANTS TORT FEASORS SUBJECTED JONES TO MALICIOUS ABUSES AS WELL AS PREVENTING HIS PETITIONS FROM BEING CONSIDERED BY THE COURTS;

(18) Violation of Due Process — whereas the Defendants/Tort Feasors mentioned thru-out Paragraphs #'s 4 — 112 knew that their acts/ omissions would have legal/consequences/ramifications when sub jected Jones to denial of his rights to due process of law;

(18a) PA State Law Defamation — whereas the Defendants/Tort Feasors mentioned thru-out Paragraphs #'s 4 — 112 knew that their acts & omissions would have Legal ramifications/consequences when they subjected Jones to Defaming/Slanderous statements within the Commonwealth courts;

(20) PA State Law Intentional & Constitutional Torts — whereas the Defendants/Tort Feasors mentioned thru-out Paragraphs #'s 4 — 112 knew that their acts & omissions would have Legal ramifications/consequences when they violated Jones' State Law Rights per 42 Pa.C.S.A. §§ 8545 — 8550;

(21) PA State Law Peculiar Risk & Superior Knowledge Torts — whereas the Defendants/ Tort Feasors mentioned thru-out Paragraphs #'s 4 — 112 knew that their acts & omissions would have Legal ramifications/consequences when they had ACTUAL KNOWLEDGE of unnecessary risks to Jones yet did nothing to alleviate said risks;

(22) Mr. Jones has no adequate or complete remedy @ Law to redress the wrongs described herein Jones has been & will continue to be irreparably injured by the conduct of the Defendants unless this court grants the Declaratory & Injunctive relief which Mr. Jones seeks.

- 23 of 24

\* \* \* \* PRAYER FOR RELIEF \* \* \* \*

123) WHEREFORE MR. JONES RESPECTFULLY REQUESTS PRAYS THAT THIS
COURT ENTERS JUDGMENT GRANTING HIM:

124)    A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED
HIS RIGHTS UNDER THE CONSTITUTION & LAWS OF THESE UNITED STATES

125)    A DECLARATION THAT THE ACTIONS & OMISSIONS DESCRIBED HEREIN VIOLATED
JONES' RIGHTS UNDER PENNSYLVANIA L STATE LAWS

126)    A PRELIMINARY & PERMANENT INJUNCTION & DECLARATION ORDERING
DEFENDANTS TORT FEASORS WETZEL TO GIVE JONES UNOBSTRUCTED ACCESS TO
HIS LEGAL PROPERTY BY HAVING SAID PROPERTY STORED ON AN "INSPIRE TABLET"
TO HAVE ELECTRONIC SPEEDY ACCESS TO COURTS IN THIS CASE

127)    COMPENSATORY DAMAGES IN THE AMOUNT OF $500 000.00 AGAINST EACH
DEFENDANT JOINTLY & SEVERALLY

128)    PUNITIVE DAMAGES IN THE AMOUNT OF $95 000.00 AGAINST EACH DEFENDANT

129)    A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

130)    JONES' COST IN THIS SUIT

131)    ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST PROPER & EQUITABLE

DATED: NOV. 26, 2018

RESPECTFULLY SUBMITTED
MARCELLUS & JONES
#KR2421 S.C.I-SMITHFIELD
1120 PIKE ST
HUNTINGDON PA 16652

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT & DO
HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE EXCEPT AS TO MATTERS
ALLEGED ON INFORMATION & BELIEF & AS TO THOSE I BELIEVE THEM TO BE TRUE & CORRECT

S. MARCELLUS

PAGE 24 OF 24

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

U.S. POSTAGE
ZIP 16652
02 1W
0001395401

MARCELLUS D. JONES
# KR 8421 S.C.I - SMITHFIELD
BOX 999 1120 PIKE ST.
HUNTINGDON PA 16652

CLERK OF COURTS PETER WELSH
U.S. COURTHOUSE
350 W. THIRD ST
240 W. THIRD ST
WILLIAMSPORT PA 17701 - 6460

PRIORITY TRACKED

UNITED STATES
POSTAL SERVICE®